UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MERCHANTS AND PROFESSIONAL COLLECTION BUREAU, INC., *Plaintiff* | § § § § | |
| v. | § § | Case No. 1:20-CV-00250-SH |
| KERNAN HORNBURG, *Defendant* | § § § | |

## FINAL JUDGMENT

Before the Court is the Agreed Stipulation of Dismissal with Prejudice, filed November 11, 2020 (Dkt. 21). The Parties have notified the Court that they have settled all matters in this lawsuit. Accordingly, the Court **HEREBY GRANTS** the Agreed Stipulation of Dismissal with Prejudice and **DISMISSES** with prejudice all claims between the parties, with all parties to bear their own costs and fees.

The Court **FURTHER ORDERS** that all court settings are cancelled, any pending motions are **DISMISSED** as moot, and that the Clerk of Court **CLOSE** this case.

**SIGNED** on November 12, 2020

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE